■ COMMISSIONER OF THE DEPARTMENT OF BUILDINGS OF THE CITY OF NEW YORK et al., Respondents, v N. LESLIE CARPENTER et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered on September 2, 1977, unanimously affirmed. (See *Commissioner of Dept. of Bldgs. v Bocchino,* 59 AD2d 1069.) Respondents shall recover of appellants $60 costs and disbursements of this appeal. No opinion. Concur—Lupiano, J. P., Birns, Silverman, Evans and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM O'ROURKE, Appellant.—Judgment, Supreme Court, New York County, rendered on July 7, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Lupiano, J. P., Fein, Lane, Markewich and Sullivan, JJ.

# (March 7, 1978)

■ DARO INDUSTRIES, INC., et al., Appellants, v RAS ENTERPRISES, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on September 20, 1977, unanimously affirmed for the reasons stated by H. Schwartz, J., at Special Term. Respondents shall recover of appellants $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Fein, Lane and Lynch, JJ.

■ TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Appellant, v JEROME COMINS et al., Respondents.—Order, Appellate Term of the Supreme Court, First Department, entered on May 31, 1977, unanimously affirmed for the reasons stated by Gellinoff, J., at Appellate Term, without costs and without disbursements, and judgment absolute granted dismissing the petition in accordance with the stipulation. Concur—Murphy, P. J., Birns, Fein, Lane and Lynch, JJ.